

COM.

v.

**DASZKIEWICZ, M.**

**1968 MDA 2016**

Superior Court of Pennsylvania.

09/26/2017

CP–67–CR–0007829–2015 (York)

Affirmed

COM.

v.

**ZEIGLER, Q.**

**2000 MDA 2016**

Superior Court of Pennsylvania.

09/26/2017

CP–22–CR–0002540–2013 (Dauphin)

Affirmed

COM.

v.

**LUGO, N.**

**2074 MDA 2016**

Superior Court of Pennsylvania.

09/26/2017

CP–22–CR–0000418–2015 (Dauphin)

Affirmed

COM.

v.

**HOLLOW, G., Jr.**

**2107 MDA 2016**

Superior Court of Pennsylvania.

09/26/2017

CP–36–CR–0001688–2016 (Lancaster)

Affirmed

J.K.

v.

**J.J.K.**

**539 MDA 2017**

Superior Court of Pennsylvania.

09/26/2017

2014–1172 (Wyoming)

Affirmed/Vacated/Remanded

COM.

v.

**MCELLIGOTT, D.**

**613 MDA 2017**

Superior Court of Pennsylvania.

09/26/2017

CP–67–CR–0002729–2016 (York)

Affirmed

